# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | WILLIAM R. & ISABEL L. ZERNICKE | | |
| **Case Number:** | 13-04218-LA13 | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 03, 2018 10:00 AM   DEPARTMENT 2 | | |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER | | |
| **Courtroom Clerk:** | KAREN FEARCE | | |
| **Reporter / ECR:** | TRISH CALLIHAN | | |

### *Matter:*

TRUSTEE'S MOTION TO DISMISS CASE (Fr 9/19/18)

### *Appearances:*

BRIAN J. MCGOLDRICK, ATTORNEY FOR WILLIAM R. ZERNICKE, ISABEL L. ZERNICKE
RICHARD STEVENSON, ATTORNEY FOR DAVID L. SKELTON, TRUSTEE

### *Disposition:*

The Court's T/R is vacated.  The debtor tendered a cashier's ck in the amt of $1,200.
The plan to complete & the discharge to enter. No Atty fees are requested.